UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

U.S.A. vs. Kevin Lee Mills                                                               Docket No. 7:15-MJ-1035-1

**Petition for Action on Supervised Release**

COMES NOW J. Brock Knight, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Kevin Lee Mills, who, upon an earlier plea of guilty to Simple Assault, in violation of 18 U.S.C. § 113(a)(4), was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge on March 9, 2015, to the custody of the Bureau of Prisons for a term of 4 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 12 months.

Kevin Lee Mills was released from custody on July 2, 2015, at which time the term of supervised release commenced in the Western District of Washington.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Due to the defendant's history of substance abuse and domestic violence, the Western District of Washington requested a modification of conditions to adequately address same and the defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol. The defendant shall also abstain from the use of alcohol and/or other intoxicants during the term of supervision. Defendant must contribute towards the cost of any programs, to the extent defendant is financially able to do so, as determined by the probation officer. In addition to urinalysis testing that may be a part of a formal drug treatment program, the defendant shall submit up to eight (8) urinalysis tests per month.

2. The defendant shall participate as directed in a mental health program, which may include a treatment program for domestic violence abusers, as approved by the probation office. The defendant must contribute towards the cost of any programs, to the extent the defendant is financially able to do so, as determined by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ J. Brock Knight |
| Robert L. Thornton | J. Brock Knight |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 2 Princess Street Suite 308 |
| | Wilmington, NC 28401-3958 |
| | Phone: 910-679-2030 |
| | Executed On: August 25, 2015 |

Kevin Lee Mills
Docket No. 7:15-MJ-1035-1
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this  25  day of  August , 2015 and ordered filed and made a part of the records in the above case.

*[signature]*
Robert B. Jones, Jr.
U.S. Magistrate Judge